IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAWN SAUCIDA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06mc3283-WHA |
| ) | |
| SWAFFORD & HAYS SETTLEMENT ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of defendant's objection to subpoena and motion to quash (Doc. # 1) filed February 27, 2006, and for good cause, it is

ORDERED that plaintiffs file a response to the motion on or before March 24, 2006.

The Clerk of the Court is directed to mail a copy of this order to A & B Abstracts, Inc. at the address listed on the subpoena.

Done, this 6th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE