IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAWN SAUCIDA, et al.,              )
                                   )
          Plaintiffs,              )
                                   )
     v.                            )          CIVIL ACTION NO. 1:06mc3283-WHA
                                   )
SWAFFORD & HAYS SETTLEMENT  )
SERVICES, INC.,                    )
                                   )
          Defendant.               )

## ORDER

Upon consideration of defendant's objection to subpoena and motion to quash (Doc.

# 1) filed February 27, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED, as plaintiffs failed to file

a response to the motion as directed by the court.

The Clerk of the Court is directed to mail a copy of this order to A & B Abstracts, Inc.

at the address listed on the subpoena.

DONE, this 31st day of March, 2006.


                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE